# United States Court of Appeals for the Federal Circuit

**GESTURE TECHNOLOGY PARTNERS, LLC,**
*Appellant*

v.

**UNIFIED PATENTS, LLC,**
*Appellee*

2023-1444

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00917.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 4, 2025
Date

Jarrett B. Perlow
Clerk of Court