# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

May 29, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

**RECEIVED**

JUN -9 2025

United States Court of Appeals
For the Federal Circuit

Re:  Gesture Technology Partners, LLC
     v. Apple Inc., et al.
     Application No. 24A1147
     (Your No. 2023-1444, 2023-1475, 2023-1533)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on May 29, 2025, extended the time to and including June 11, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David C. Frederick
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036-3209


Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
$000.69
05/30/2025 ZIP 20543
043M31266310
US POSTAGE



...tes Court of Appeals for the Federal
... NW